# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

JAMES R. INDVICK,

         Plaintiff,

    v.

MARTIN J. O'MALLEY,

         Defendant.

Case No. 4:24-cv-00004-SLG

## ORDER RE STIPULATED MOTION FOR REMAND

Before the Court at Docket 12 is the parties' Stipulated Motion for Remand. After considering the parties' motion, and for cause shown, IT IS ORDERED that this action is REVERSED and REMANDED to the Commissioner of Social Security on an open record, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Appeals Council will direct the Administrative Law Judge to develop the record as necessary, and to provide the claimant an opportunity to submit additional evidence in support of his claim and an opportunity for a new hearing.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Upon proper presentation, this Court will consider Plaintiff's application for attorney's fees under 28 U.S.C. § 2412(d).

DATED this 20th day of May, 2024, at Anchorage, Alaska.

/s/ Sharon L. Gleason
UNITED STATES DISTRICT JUDGE

Case No. 4:24-cv-00004-SLG, *Indvick v. O'Malley*
Order re Stipulated Motion for Remand
Page 2 of 2

Case 4:24-cv-00004-SLG   Document 13   Filed 05/20/24   Page 2 of 2