# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JAMES R. INDVICK,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 4:24-cv-00004-SLG |

### ORDER RE PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Before the Court at Docket 15 is Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act. Upon due consideration, the motion is hereby GRANTED. It is hereby ORDERED that Plaintiff, James R. Indvick, is awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of $6,482.27 and $405.00 in costs, to be paid separately from the Judgment Fund.

It is further ordered that if, after receiving the Court's EAJA fee order, the Commissioner determines upon effectuation of the Court's EAJA fee order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program the fees will be made payable to Plaintiff's attorney. However, if there is a debt owed under the Treasury Offset Program, the remaining EAJA fees, after offset, will be paid by a check made out to Plaintiff but delivered to Plaintiff's attorney.

DATED this 26th day of August, 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 4:24-cv-00004-SLG, *Indvick v. O'Malley*
Order re Plaintiff's Unopposed Motion for Attorney Fees Under the Equal Access to Justice Act
Page 2 of 2

Case 4:24-cv-00004-SLG   Document 17   Filed 08/26/24   Page 2 of 2